**SERGENT MECHANICAL SYSTEMS, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 03–5011.

United States Court of Appeals, Federal Circuit.

DECIDED: June 4, 2003.

Before CLEVENGER, Circuit Judge, PLAGER, Senior Circuit Judge, and LINN, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.